# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

SCOTT A. LEVIN
slevin@mdmc-law.com

March 14, 2022

**By ECF**
Hon. Katherine Polk Failla, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007


MEMO ENDORSED

      Re:    *RE: Endurance Am. Ins. Co. v. Carnesville Farm & Home Supply, Inc., et al.*
              Civil Action No.: 21-cv-3870 (KPF)
              MDMC File No.: E0293-1168

Dear Judge Failla:

      Please allow this letter to constitute Plaintiff's request that this matter be restored to the active calendar of this Court as contemplated by this Court's January 18, 2022, Order [Doc. 32], as extended on February 16, 2022, through March 16, 2022, or in the alternative to extend the 30-day deadline articulated in the Court's January 18, 2022, Order for at least two weeks, through at least March 30, 2022. Counsel for the parties continue collaborating on the settlement documents, and are working together to finalize this matter as soon as possible. We thank the Court for its consideration of this request, and we will make ourselves available at the Court's convenience if there are any questions or concerns.

              Respectfully,

              MCELROY, DEUTSCH, MULVANEY
              & CARPENTER, LLP

              */s/ Scott A. Levin*

```
Application GRANTED.  The March 16, 2022 deadline articulated in
the Court's Order at docket number 34 is hereby extended to
April 15, 2022. The Clerk of Court is directed to terminate the
pending motion at docket number 35.
```

Dated:    March 15, 2022
            New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE